## ESTATE OF M. S. WEBB.

No. 4698—April 19, 1875.

INSURANCE POLICY, PROCEEDS OF.—COMMON OR SEPARATE ESTATE.

Where the first third of the amount of the premiums was paid by decedent out of his earnings before marriage and the remainder out of his earnings received subsequently to marriage, the Court must decide that one-third of the fund was decedent's separate estate and the remainder community property.

Construing sections, C. C., 163–4.

*Lloyd Baldwin*, for the widow.

*Geo. W. Tyler*, for the father.

In December, 1869, M. S. Webb obtained from the North American Life Insurance Company an endowment life policy for $4000, payable to himself in fifteen years, or to his personal representatives upon his earlier death, and paid the first year's premium, $269.84. May 12, 1870, he married. In December, 1870, he paid the second yearly premium, and within six months thereafter paid a half-yearly premium, and died April 15, 1872, intestate. His administrator paid the last half of the third yearly payment, and collected the amount of the policy.

Deceased left a wife and father. The wife claims the entire proceeds of the policy to be common property, and the father claims the same to be separate property.

By the COURT: The consideration upon which the insurance company promised to pay the policy, was the payment of the yearly premiums. Those premiums were paid, one-third out of the separate property and two-thirds out of the common property. It legitimately follows that the proceeds of the policy belong to the respective funds from which the payments were made, viz: one-third to the separate property, and two-thirds to the common property.

Decree of distribution accordingly.